UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04 CR 10248 RCL |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| (1) CHRISTOPHER ALVITI, ) | 21 U.S.C. § 846 - |
| and ) | Conspiracy to Possess with Intent |
| (2) RICHARD GOULD, ) | to Distribute, and to Distribute, |
| Defendants ) | Oxycodone |
| ) | |
| ) | 21 U.S.C. 841(a)(1) - |
| ) | Possession With Intent to |
| ) | Distribute and Distribution of |
| ) | Oxycodone |
| ) | |
| ) | 21 U.S.C. 841(a)(1) - |
| ) | Possession With Intent to |
| ) | Distribute Oxycodone |
| ) | |
| ) | 21 U.S.C. § 853 - |
| ) | Criminal Forfeiture Allegation |

**INDICTMENT**

**COUNT ONE:**    **(21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone)**

The Grand Jury charges that:

Beginning on an unknown date but at least by in or about November 2003 and continuing thereafter until on or about June 29, 2004, at Beverly and elsewhere in the District of Massachusetts,

   1. **CHRISTOPHER ALVITI, and**
   2. **RICHARD GOULD,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other

persons unknown to the Grand Jury, to distribute, and to possess with intent to distribute, oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**         **(21 U.S.C. §841(a)(1)- Distribution of Oxycodone)**

The Grand Jury further charges that:

On or about December 17, 2003, at Beverly, in the District of Massachusetts,

**1. CHRISTOPHER ALVITI,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT THREE**:    (21 U.S.C. §841(a)(1)- Distribution of Oxycodone)

The Grand Jury further charges that:

On or about January 13, 2004, at Beverly, in the District of Massachusetts,

**1. CHRISTOPHER ALVITI,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**     (21 U.S.C. §841(a)(1)- **Distribution of Oxycodone**)

The Grand Jury further charges that:

On or about February 4, 2004, at Beverly, in the District of Massachusetts,

**1. CHRISTOPHER ALVITI,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE**:   **(21 U.S.C. §841(a)(1)- Distribution of Oxycodone)**

The Grand Jury further charges that:

On or about March 18, 2004, at Beverly, in the District of Massachusetts,

**1. CHRISTOPHER ALVITI**,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SIX:**      (21 U.S.C. §841(a)(1)- Distribution of Oxycodone)

The Grand Jury further charges that:

On or about June 2, 2004, at Beverly, in the District of Massachusetts,

**1. CHRISTOPHER ALVITI**,

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN:**     (21 U.S.C. §841(a)(1)- **Possession with Intent to Distribute Oxycodone**)

The Grand Jury further charges that:

On or about June 30, 2004, at Beverly, in the District of Massachusetts,

## 2. RICHARD GOULD

defendant herein, did knowingly and intentionally possess with intent to distribute, oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## **FORFEITURE ALLEGATION:** (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 7 of this Indictment,

**1. CHRISTOPHER ALVITI, and**

**2. RICHARD GOULD**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1. The defendant RICHARD GOULD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 10,000 kilograms but not more than 30,000 kilograms of marijuana. Accordingly, USSG §2D1(c)(2) applies to this defendant.

2. The defendant CHRISTOPHER ALVITI is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 1000 kilograms but not more than 3,000 kilograms of marijuana. Accordingly, USSG §2D1.1(c)(4) applies to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August /8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: __Beverly__   Category No. __II__   Investigating Agency __DEA/FDA__

City __Beverly__   Related Case Information:

County __Essex__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __04-MJ-01807-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Christopher Alviti__   Juvenile ☐ Yes ☒ No

Alias Name __Christopher King__

Address __5 Trask Lane, Beverly, MA__

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Caucasian__ Nationality: __USA__

Defense Counsel if known: __Catherine Byrne__   Address: __408 Atlantic Avenue, Third Floor__
__Boston, MA 02210__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__   Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __June 29, 2004__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by __M.J. Swartwood__ on __July 2, 2004__

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/18/04   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**04CR10248R**

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Alviti

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Possess & Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Oxycodone | 2 through 6 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Oxycodone | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

04CR10248RC

%JS 45  (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __Beverly__   Category No. __II__   Investigating Agency __DEA/FDA__

City __Beverly__   Related Case Information:

County __Essex__

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   __04-MJ-01814-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Richard W. Gould__   Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address __10 Druid Avenue, Peabody, MA 01960__

Birth date (Year only): __1978__  SSN (last 4 #): __1313__  Sex __M__  Race: __Caucasian__  Nationality: __USA__

Defense Counsel if known:   __Scott Lopez__   Address: __24 School Street, 8th Floor__
__Boston, MA  02108__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__   Bar Number if applicable __552558__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: __June 30, 2004__

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __M.J. Swartwood__  on __July 16, 2004__

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __7__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/18/04   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 04cr10248R

**Name of Defendant**    Richard W. Gould

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Possess & Distribute Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Oxycodone | 2 through 6 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Oxycodone | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**