## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| | NO.  04-10248 RCL |
| V. | |
| CHRISTOPHER ALVITI<br>RICHARD GOULD<br>     **Defendant** | |

### NOTICE OF ARRAIGNMENT

<u>Lawrence P. Cohen, M.J.</u>

**PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT on <u>AUGUST 30, 2004</u> at <u>2:00 P.M.</u> before Judge <u>LAWRENCE P. COHEN, MJ</u> in <u>Courtroom # 23</u> on the <u>7th</u> floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.  If he/she is unable to secure counsel and believes, because of his/her financial condition, that counsel should be appointed, he/she should contact the undersigned at (617) 748-4231.

Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

                                                                                        **TONY ANASTAS,**
                                                                                        **CLERK OF COURT**

**Date: AUGUST 23, 2004**                              **By   <u>/s/ Maria Simeone</u>**
                                                                                 **Courtroom Deputy**


**Notice mailed/e-mailed to: all counsel of record**

**(notice of arraignment.wpd - 7/99)**                 **[kntchrgcnf.]**

Case 1:04-cr-10248-RCL     Document 13     Filed 08/23/2004     Page 2 of 2

**(notice of arraignment.wpd - 7/99)**                 **[kntchrgcnf.]**