# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>CHRISTOPHER ALVITI and )<br>RICHARD GOULD, )<br>Defendants, )<br>) | CRIMINAL ACTION<br>NO. 04-10248-RCL |

## ORDER OF EXCLUDABLE TIME
### December 3, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 24, 2004 (date of expiration of prior order of excludable time) through January 27, 2005 (date by which Defendants' review of discovery shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
