# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> UNITED STATES OF AMERICA,   ) <br> ) <br> ) <br> v.   ) <br> ) <br> CHRISTOPHER ALVITI and   ) <br> RICHARD GOULD,   ) <br>     Defendants,   ) <br> _____) | **CRIMINAL ACTION** <br> **NO. 04-10248-RCL** |

### STATUS REPORT
### January 27, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. <u>Discovery</u>

Counsel for both Defendants have requested a short continuance in order to complete their review of discovery produced by the Government. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on February 18, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from January 27, 2005 (date of expiration of prior order of excludable time) through February 18, 2005 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 29, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE