## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-10248-RCL
CHRISTOPHER ALVITI and         )
RICHARD GOULD,                 )
         Defendants,           )
_____)
```

## ORDER OF EXCLUDABLE TIME
### March 11, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 9, 2005 (date of expiration of prior order of excludable time) through April 11, 2005 (date by which counsel for the Government and Mr. Gould will have conferred in an attempt to resolve a discovery dispute) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE