# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10248-RCL
CHRISTOPHER ALVITI and         )
RICHARD GOULD,                 )
        Defendants,            )
_____)
```

## STATUS REPORT
## April 13, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Lindsay, J. to whom this case is assigned:

1. Richard Gould

Mr. Gould is the sole remaining Defendant in this case and he intends to file a Motion To Suppress. That motion shall be filed by May 17, 2005, and the Government shall file its opposition to that motion by June 7, 2005.

2. Final Status Conference

A final status conference shall be held in this case on June 10, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 11, 2005 (date of expiration of prior order of excludable time) through June 7, 2005 (date by which the Government is to file its opposition to Mr. Gould's Motion To Suppress). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 16, 2005</u>.

        <u>/s/Charles B. Swartwood, III</u>
        CHARLES B. SWARTWOOD, III
        CHIEF MAGISTRATE JUDGE