UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10248-RCL
CHRISTOPHER ALVITI and         )
RICHARD GOULD,                 )
        Defendants,            )
_____)
```

ORDER OF EXCLUDABLE TIME
April 13, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 11, 2005 (date of expiration of prior order of excludable time) through June 7, 2005 (date by which counsel the Government is to file its opposition to Mr. Gould's Motion To Suppress) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE