UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**UNITED STATES OF AMERICA**        )
                                    )   CR. NO. 04-10248-RCL
         v.                         )   CR. NO. 04-1814-CBS
                                    )
**RICHARD W. GOULD**                )
_____)

**ASSENTED-TO MOTION TO EXTEND THE TIME FOR FILING
DEFENDANT'S MOTION TO SUPPRESS AND THE GOVERNMENT'S
OPPOSITION THERETO, TO CONTINUE THE FINAL STATUS
CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**
_____

Defendant Richard W. Gould, by and through undersigned counsel, respectfully moves this Honorable Court to: i) extend the time for the filing of his Motion to Suppress and the Government's Opposition thereto from May 17, 2005 and June 7, 2005, respectfully, to June 7, 2005 and June 28, 2005; and ii) continue the Final Status Conference currently scheduled for June 10, 2005 at 2:00 p.m. to June 30, 2005 at 2:00 p.m. In addition, defendant further moves the Court to enter an Order excluding the period of time between and including the period from June 7, 2005 (date of expiration of prior April 13, 2005 Order of excludable time) through June 28, 2005 (the date by which the Government is to file its Opposition to defendant's Motion to Suppress) from the computation of the time within which a trial must be held in this matter pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c) and Local Rule 112.2.

In support of this motion, defendant states, by and through undersigned counsel, that his counsel needs additional time to research and draft defendant's Motion to Suppress and that such time is necessary to adequately defend defendant in this matter. In addition, the government assents to this request.

WHEREFORE, defendant Richard W. Gould respectfully requests that the time for the filing of his Motion to Suppress and the Government's Opposition thereto be extended to June 7, 2005 and June 28, 2005, respectfully, and that the Final Status Conference be continued to June 30, 2005 at 2:00 p.m.  In addition, defendant further requests that the Court enter an Order excluding the period of time between and including the period from June 7, 2005 (date of expiration of prior April 13, 2005 Order of excludable time) through June 28, 2005 (the date by which the Government is to file its opposition to defendant's Motion to Suppress) from the computation of the time within which a trial must be held in this matter pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(c) and Local Rule 112.2.  Should the Court grant this motion and assuming no further Order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, September 6, 2005.

    Respectfully submitted
By Defendant,
RICHARD W. GOULD
By his attorney,

 /S/  Scott P. Lopez
Scott P. Lopez (BBO# 549556)
Law Office of Scott P. Lopez
24 School Street, 8th Floor
Boston, MA  02108
(617) 742-5700

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with counsel for the government, Assistant U.S. Attorney David G. Tobin, by telephone today, May 13, 2005, in a good faith attempt to resolve or narrow this issue in this motion and he assents to this motion.

 /S/ Scott P. Lopez
Scott P. Lopez