# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )   CRIMINAL ACTION
                               )   NO. 04-10248-RCL
RICHARD W. GOULD,              )
         Defendant,            )
_____)
```

## FINAL STATUS REPORT
## May 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Lindsay, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed.

2. <u>Substantive Motions</u>

The sole remaining Defendant, Richard W. Gould ("Mr. Gould") has requested that he be granted until June 7, 2005, within which to file a Motion to Suppress. I have granted that request. The Government shall file its response to that motion by June 28, 2005.

3. <u>Return To The District Judge</u>

Since discovery is now completed in this case, I am returning this file to Judge Lindsay for all further proceedings.

4. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded

from the Speedy Trial Act, the period from June 7, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which the Government is to file its opposition to Mr. Gould's Motion To Suppress). Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through June 28, 2005 and assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, September 6, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE