UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)<br>RICHARD W. GOULD,         )<br>    Defendant,            )<br>                            ) | CRIMINAL ACTION<br>NO. 04-10248-RCL |

ORDER OF EXCLUDABLE TIME
May 23, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 7, 2005 (date of expiration of prior order of excludable time) through June 28, 2005 (date by which the Government is to file its opposition to Mr. Gould's Motion To Dismiss) shall be excluded from the Speedy Trial Act.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE