UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **<u>NOTICE</u>**

The document originally filled in this case has been stricken from the docket because it was incorrectly filed in this case.