April 17, 2006

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re: Richard W. Gould

Dear Judge Lindsay:

My name is Eleanor 'Ellie' Gould and I am Richards' mother. I would first like to thank you for taking the time to read this letter regarding my son. Ricky, my first child was born in November of 1978, he has one sister Erin born in January of 1980. I have been seperated from Rickys father, also named Rick for almost three years and am proceeding with divorce. I was employed for 15 years as a senior teller at Metropolitan Credit Union and am currently employed as a secretary in the office of Matthew J. Kavanagh, Esq.

Ricky was born under an emergency C-section, after 16 hours of labor because the umbilical cord was wrapped around his neck cutting off his oxygen supply. His face and head were badly bruised, but other than that he seemed fine. He had much difficulty sleeping for the first six to eight months of his life, was an extremely active child which would get frustrated very easily. As a small child we took Ricky to Childrens' Hospital for an evaluation, we wanted to reassure ourselves that there was not any damage due to the lack of oxygen he suffered at his birth. When Rick would get a fever he would become delirious and see things that were not there, this also scared us, but were told that some children do suffer from that and not to worry. The testing at the hospital concluded that he was a 'normal' child and just extremely active. I do often wonder if he were tested today, as a child, if the prognosis would have been the same.

Ricky continued to be very active throughout childhood, he absolutely loved all types of sports. He was a good student and respectful of his teachers. He had a lot of friends and he got along with everyone, he was not a troublemaker or a fighter. He played every sport he could and excelled in baseball and basketball. He also played football and street hockey for years. Ricky had a lot of talent in baseball as a pitcher and shortstop, we have a thick scrapbook of newspaper articles and boxes of trophies. Basketball was one of his passions, he loved it and he excelled in it even though he was one of the smallest kids on the team. He was always very modest and never wanted to be 'made a big deal about', all he wanted to do is play.

When Ricky was ten years old he got hit in the eye with a hockey puck which required many

stitches and a break from all sports. Needless to say, watching the kids playing basketball at recess one day at school he could not hold back from playing and got hit in the same eye with a basketball. At the hospital they not only had to restitch the eye but he started to break out in a terrible rash that started on his face and by night had broken out on his entire body. Three days and two doctors later we found out that he had a severe case of Guttate Psoriasis. Guttate Psoriasis is a spotted psoriasis, round red spots that could get as big as a quarter, scaly and itchy. At a dermatologist that specialized in this, he recommended sun treatments, tar baths, a rubdown every night with a greasy ointment and a clear ointment during the day. We tried many, many ointments, creams, tar treatments which required being wrapped in plastic, head treatments,etc.,to try and keep this in control, however it did not do much good. So, since Ricky has been ten years old he has suffered from this every day and it started to affect his life.

Ricky slowly started to withdraw from the things he loved. He no longer wished to participate on the basketball team, his self-esteem was starting to diminish. If he could not be covered from head to toe he did not want to go out. We had many talks, not only from us, his parents, but also from relatives, doctors and coaches. We pushed Ricky to stay with the baseball, which he did. Psoriasis also has effects on your joints and he would be sore a lot of the time after a game. As time went on we found that the sun treatments were the best way to keep this under control in addition to prescribed creams.

In high school Ricky eventually stopped playing baseball. He remained very active by playing sports with friends and working out. He got a job at Big A, an auto parts warehouse and took out a loan from his grandmother for his first car and payed her back weekly. His grandmother lived next door and Ricky was always helping her with her car, carrying her groceries, mowing her lawn etc. When his grandmother was very ill, before she passed away, Ricky was always there for her whether it be to play a game of cards with or just to help out. Ricky graduated from high school and continued to work in shipping/receiving for another company called Lundy Stamas. He eventually saved enough money and moved out into his own apartment.

Ricky grew up in a household that was loving, but somewhat unstable at times. His father suffered from depression and had been hospitalized three times. He was always on medications, some worked, some did not. Even though his father loved him very much he just was not a very strong male figure in his life. His father often berated Ricky, as he had done to me, however, Ricky always respected him. Both of my children have seen the affects of depression and the verbal abuse that went along with it.

We never had much money and made do with what we had. Rickys father and I worked hard for what we had, sometimes working two jobs to make ends meet. We had purchased a very old house with aspirations of 'fixing it up.' Our home was always, should I say, dismantled. It took us a very long time to get our home back together. However that did not stop us from having family gatherings and parties for the kids growing up.

Ricky has always been very close to his sister Erin, they are only 15 months apart in age. Growing up they did everything together. When Erin was 13 she was kidnapped and sexually assaulted. Ricky was there for her, to support her and talk if she needed. Sometimes they would talk in their

rooms late into the night. Ricky is also very close to his cousin Josh, my sisters son. Josh also lived with us for a while and Josh looked up to Ricky like a big brother. Ricky has many young cousins that adore him. When he is around, whether it be birthdays or holidays, the kids gather around him, they like to wrestle and jump all over him. They look forward to seeing him and are always asking about him.

This whole ordeal was a complete shock to me and my family. I was stunned, disappointed and it broke my heart to see the boy I raised in this kind of trouble. I raised Ricky to know right from wrong and I wonder where it all went so wrong. My son is a good person that got into something that he truly regrets and is sorry for. He knows that he will have to pay for what he has done, that's the way he was raised. I ask you, that while you are determining his sentence that you would consider leniency. I believe that Ricky will turn his life around and do the right thing. While on probation he started to do just that. He was working as an apprentice mason and going to school.

Your Honor, it was very hard to sum up my childs life on paper, and as I read it back to myself, I say I should add this and that. As a mother, I could have written a book. I tried to keep it as brief as I could. I love my son very much. As a federal judge, I assume that you have seen your fair share of good and bad people, respectful and disrespectful, life criminals and people that have made mistakes in their lives. My son made a mistake, one that is not taken lightly and to put him away for a long period of time, I believe, may do more harm than good. Please consider the impact a long sentence will have on me and my family. Thank you, Your Honor.

                                                         Sincerely,

                                                         *Eleanor Gould* (signature)

                                                       Eleanor Gould

April 17, 2006

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re: <u>Richard W. Gould</u>

Dear Judge Lindsay:

My name is Richard Gould and I am Rick's Dad. I have worked at General Electric for 28 years. I was married 28 years but have been separated from my wife for 3 years. I also have a beautiful daughter Erin who loves and supports her brother as I do. It breaks my heart to write this letter but will do the best I can. My two children mean the world to me. Rick is my only son and I love him dearly. In no way do I condone what he has done, but I need you to know the impact this has had on me and our family. My daughter was abducted at age 14 and raped. The man was caught and arrested. He only served 3 years for what he had done to my daughter. As a Dad this broke my heart. My son had a lot to do with my daughter's recovery. He was always there for her. We had to pull together as family to be strong enough to overcome these issues my daughter had and the rest of us. My daughter is so upset over her brother's situation. I worry about her. Rick knows what he has done to himself and I have told him how tough this has been on all of us. He feels very badly about what he has done and the negative impact it has had on all of us. He has broken our hearts.

Your Honor, he is not a bad kid and has never given me any trouble when he was a boy growing up. When he as arrested I was allowed to put my house up for bail and he came home to live with me for about 2 years. We grew very close and seeing him in jail makes me sick. When he lived with me he went to college to learn to use a computer. When he completed that course he took an accounting course. We had just paid for his next semester when he had to go back to jail. He was getting A's, Your Honor, trying to do the right thing and get his life back on track. Your Honor I miss him more than words could ever describe. I have had so much heartache over my daughter's situation and now my son's situation. He is not a scum bag your honor. He just made a bad mistake and I pray you will be lenient with him. He knows he has done wrong and is willing to pay the price, but I pray that it will not be forever. Our family loves and misses him so much. He can and will be an asset to society. He has told me how sorry he is and what our family is going through. Please Your Honor, be lenient, our family has been through so much. I love and miss my son terribly. Thank you for listening to me Your Honor. I hope you take this letter into consideration when you sentence my son.

Thank you Your Honor,

Richard Gould

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210


Re:    Richard W Gould


Dear Judge Lindsay:

    I am writing this letter to you with information for you to consider with respect to your sentencing. My name is Erin Gould and I'm the sister of Richard Gould. I am 26 years old. I am a graduate of Peabody High school. I have a degree in cosmetology I've been a hairstylist for eight years.

    Richard is my only sibling. We were close growing up because we were only one year apart. Growing up my parents didn't have a lot of money but they did the best that they could for us. When we were children I always tagged along with him. He was my older brother so I looked up to him. He was very protective of me. He never let anything bad happen to me. He wouldn't even let me get dirty. If my parents got mad at me he would try to take the blame instead of me. I felt so safe when my brother was around. I knew nothing could hurt me. One day my girlfriend and I got into a bee hive and there were bee's everywhere, we were screaming. Within minutes Rick was there to save us. He got us away from the bee's and actually got attacked himself. He was stung about thirty times. He would rather be stung thirty times than let me get stung once.

    I always liked being the younger sister. When we were in High school together he still looked out for me. He watched out for my safety when it came to me dating boys. He was always involved in my life. He would teach me things he learned. That way I had a jump start in school. Rick was well liked by his peers and teachers. He was voted best personality and most popular in the school yearbook. He was excellent at sports through his adolescent years. My brother is also close with the rest of the family. He never misses family gathering or holidays. He is a huge part of our family. All of the kids in the family love him, they all flock around him at holiday dinners.

    When I was fourteen years old I was abducted and raped. I was forced to perform acts that I never experienced willingly. My whole life was stolen from me that evening. My entire family was devastated. My brother was deeply hurt. He felt that he let me down. I cannot even explain the impact this had on him and my family. My brother was there for me and really supported me through all of the tough times I had dealing with it. I could talk about certain things with him that I felt I couldn't talk to my parents about. Things slowly became better once the man responsible for this was caught and convicted. The convicted man was sentenced to five years in prison for rape and abduction of a child and was paroled after only three and a half years.

    Your honor it is so hard to write down my feeling and what I believe my brothers character is. But I can say that this entire ordeal is completely out of my brothers character and out of his better judgement. Your sentencing not only affects him but it affects our entire family

as well. I don't even know what to do with out him. This Easter was the first holiday with out him, or should I say there was no holiday. Our family can not even eat without thinking of him. Much less celebrate. There is a hole in all of our hearts. My heart aches daily. I want my brother to be the best man at my wedding. I want him to god father my children. He is my only chance at ever being an Aunt. He is the last guy to pass on the Gould last name I do know he wants a family of his own someday. Your Honor I beg and plead you for a lenient sentence.

With Thanks,

*Erin Gould*

# KAREN HOGAN

100 Long Swamp Rd.
Berwick, ME 03901
1-207-698-4992

April 18, 2006

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
Boston, MA 02210

Dear Judge Lindsay,

I am writing to you in regards to Richard W. Gould, If possible I would like for you to consider your sentencing on behalf of the information provided to you in my letter, it would be greatly appreciated.

I am Richard W. Gould's Aunt Karen; I live in Berwick, Maine. I am 43 years old, I have three sons: Josh 23, Thomas 7, and Kyle who is 4. We call him Ricky for short. Ricky is my first born nephew and has given me a lot of joy through the years, I spent a lot of time with him as he was growing up.

Ricky was a star sports player. He played baseball, basketball, and football whatever sport he played he was the star just an awesome athlete he could of been a pro athlete if he had stuck with it, but he had developed psoriasis at an early age he broke out with psoriasis on most of his body, which shied him away from playing sports. The psoriasis made him embarrassed to change in the locker room or shower after games w/teammates which then he withdrew from sports. We tried everything to keep him interested in playing, but he didn't want to play anymore. I went to most of his games and some practices. It was very upsetting that he didn't continue playing because he loved sports and he was great at everyone he played, but I think he couldn't stick with it because of the psoriasis.

Although soon after he broke out with psoriasis he seemed easily persuaded by peers probably due to lack of self esteem due to the psoriasis. Just seeing what he went through with having psoriasis I think that psoriasis is a very hard thing for a kid to deal with.

Ricky had good grades in school and always did his homework immediately after school. He was popular at school and had a lot of friends. He was easy to get along with and easily made friends. I believe at that time if the funds were available for him to continue

on to college he would have went.

My oldest son Josh was very close with Ricky while growing up. We would go to the beach, have sleep overs frequently and they had a lot of fun together going to each others sports games, birthday parties, holidays etc. we did a lot together as a family.

When I moved up to Maine, Ricky was 20 I didn't see him as much as I would have like to but I would talk to him on the phone once in a while. I saw Ricky on occasion such as holidays or family gatherings, when I would see him Ricky was always smiling, polite, and respectful. He has always been thoughtful and gives compliments on hair color, clothes or you look good, coming from him it's sincere because for the most part he's shy. I love my nephew. When we would see him he loved playing with his younger cousins Tommy and Kyle he got a lot of enjoyment out of seeing the kids. My Tommy who is 7 yrs. old one time while at my mothers Tommy moved his picture next to Ricky's because he loves Ricky and has so much fun with him when he's around him.

I am very surprised at what has happened to him because he is such a good person. Never in a million years would we expect this. I know that Ricky's been raised good. My sister is a very good mother, and she was always there for him. He was taught right from wrong always! not just from his parents, but family and me as well. We have a close family and this is really shocking to all.

I hope that this letter will give you a little better understanding of the way my nephew is. I am asking that you please consider being lenient towards him. I am sure that Ricky knows that he has made a big mistake I am sure that he fully regrets what he has done. Thank you for taking the time to read my letter.

Sincerely,

*[signature]*

April 14, 2006

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: <u>Richard W. Gould</u>

Dear Judge Lindsay,

My name is Carole O'Dwyer. I am the maternal grandmother of Ricky Gould. My husband and I live at 45 Francis Street in Revere. I have four children – Eleanor, David, Karen and Ronald. Eleanor is the mother of Ricky.

As a young boy growing up Ricky was a great kid. He enjoyed playing baseball, basketball, and just loved sports. He had lots of friends who were always welcome in his home. His mother always celebrated birthdays, holidays, and family gatherings at their home with friends and family. He came from a family-oriented family. Ricky got good marks in school. He got a job after he graduated from high school with aspirations of going to college within a year or two.

Now he is a young man who I believe still wants those dreams he had as a boy. I fully believe he would like to get his life back. In recent months he took a job on construction working as a laborer for a mason. He enrolled in North Shore Community College taking the computer classes that he always wanted to take.

We love Ricky and know how sorry he is for what happened. I believe he is already trying to do the right thing.

I feel, as his grandmother, that a lighter sentence would benefit Ricky. He is a really good boy and I feel a long sentence could change him.

I ask you to please consider what I am saying by being lenient in his sentencing.

Sincerely,

*Carole M. O'Dwyer*

Carole M. O'Dwyer
45 Francis Street
Revere, MA 02151

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U>S> Courthouse
One Courthouse Way
Boston, MA 02210


RE: Richard W. Gould


Dear Judge Lindsay:

I am writing to you with great hopes for my cousin Ricky to have a lenient sentence. I have known Ricky his entire life, if fact I babysat for him for many years when he and his sister were younger. I also live right down the street from his dad's house. His father is my cousin. We come from a very close family. We still have the same family gatherings that our parents and grandparents had more that 60 years ago. Ricky is also a part of this family tradition. Every 4th of July and Christmas all my cousins (2nd and 3rd generation) gather to celebrate our family and to remember our loved ones who have passed on. This is a wonderful tribute to our parents who instilled this family value to all of us.

Our family is deeply saddened by what has happened to Ricky. We hope that you will give him a second chance to show what a truly caring and good person he is. Ricky has a very special relationship with his sister Erin. The two of them have a very strong bond. They are very close in age and Ricky always watched over her when they were growing up. Recently they lost their grandmother (my Aunt Barbara), who was very sick for a long time. A lot of kids don't think about the elderly but Ricky always did. He would visit his Grandma and try to help her to be more comfortable in her condition. He was a very caring grandson and she truly loved him with all her heart.

When I think of all the time I spent myself growing up with Ricky & Erin and the time spent at my Aunts house (which was right next door to Ricky's) all I can remember is a wonderful happy time. I also remember when Ricky would come to my house which was owned by our great aunts and he would have home-made Swedish Cookies, Ice Cream or just a piece of candy with them. Aunt Ruth and Aunt Ina loved it when he came to visit. He was always smiling and adorably cute. Even as a teenager he would come down to see them, he never forgot someone just because they were old. That made my Aunts very happy.

I hope you can see that many lives are affected by Ricky. People do make mistakes or bad choices but they also deserve a second chance as well. I know that Ricky is a good man with a good heart. He has a large extended family with Aunts, Uncles and Cousins who love him very much. I hope our family is able to have a second chance with Ricky, he is still a very young man and sometimes in our youth we make bad choices. I know in

my heart that Ricky is a good boy and I know that any sentence he received will be very hard for our family. His Mom and Dad and Sister are already hurting so badly by what has already occurred. My heart really hurts for all of them. I hope that you will show leniency with Ricky and hopefully we can all try to help this man make better choices and allow him the opportunity to be back with his family. I personally will try very hard to help my family in any way I can to be back together and make good choices in life.

Thank you so much for allowing me the opportunity to be heard. Please consider Ricky's family when making your decision. We love him very much and would be honored if you would allow him to prove what a truly good person he really is.


Thank you again,

Linda Donahue
3 Druid Avenue
Peabody, MA 01960

April 13, 2006

The Honorable Reginald C. Lindsay
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re: Richard W. Gould

Dear Judge Lindsay:

My name is Lisa J. Josselyn, I am Richard's cousin. I have been married for fourteen years and have three wonderful children ages 8, 5 ½, and 2. Growing up Ricky and I were very close. Ricky moved to my neighborhood when he was about a year old and I about nine. We grew up in a very close family. At one point there were six homes of family members in the neighborhood. Ricky was raised in the house that my mother and brother were born in. As I got older I was his babysitter and he was my little buddy. As a child Ricky would come over and have breakfast with me before I went to school. Over the years Ricky and I would see each other at least five days a week: sporting events, family gatherings, holidays, but mostly just hanging out and having fun together after school. This continued until I moved and then got married in 1992. Against our parents' wishes, we invited children to our wedding. I could not imagine Ricky not being there on such an important day in my life. Shortly after the birth of my first child in 1998 Ricky called me. We talked for a long time about the past and he set up a time to come over and watch my son for me. As my husband and I walked out the door, in my heart, I knew my son would be safe. Ricky had never babysat before but was completely comfortable being with him. Over the years we have also been there to comfort each other with the loss of family members.

I am writing to you in order to provide you with information to consider with respect to Ricky's sentencing. I am also requesting that you consider giving Ricky a lenient sentence. Growing up none of us had much money, but we had each other. Ricky is a good hearted, caring person. I don't

think, I know, he would always be there for me and me for him. Our lives have gone in different direction, but that didn't change who we are. Ricky is a good hearted, caring person that made a poor decision. A lenient sentence, would give Ricky a second chance. He has many family members who will be there for him and also need him, especially his sister Erin. Her parents have separated and are in the process of a divorce. She will be getting married and someday having children of her own. Those will be the biggest days of her life and it would not be the same without her brother. I also want my children to know Ricky. I want them to understand how very important it is to make the right choices in life. And also know that everyone makes mistakes and everyone deserves a second chance. I believe, if given a second chance, Ricky would make us all proud!

Thank you for taking the time to listen to me!

Respectfully submitted,
Lisa J. Josselyn

Dear Judge Lindsay,

My name is Kevin Ingham, and I am the older cousin of Richard W. Gould. I grew up right around the corner from Ricky. Ever since he was born, he has been an important part of my life.

I have 5 older siblings, and he was like a little brother to me. I have such great memories of our childhood. The neighborhood was full of kids and families. I remember Ricky and his sister Erin coming up to our house every Saturday morning for breakfast and cartoon watching. We would then go outside and play all day. I would teach him how to play every sport, and he was so good at listening to what I was telling him. On Sunday's the adults would come to my house for a card game, and the kids would all come too. As you can tell, we are a very close knit family. Ricky was always wanting to play with me and be around me. I really never did mind because he was never like a punk or a brat.

As we got older we still lived in neighborhood. I watched him grow into a teenager and a adult. We still hung out, but to help fix a car or play sports. The day he beat me in basketball was a hard one for me.

At Ricky's High School graduation party I was thinking to myself what a good all around kid he is. Even talking to our Uncle (who is 76 yrs. old) he never seemed bothered or bored by what he had to say, he would have talked to him all night. His parents did a great job raising both of the kids. They are very kind, loving respectful young adults.

On the day I got married, it was so important to me to me to have him there. My son is 3 yrs. old and resembles Ricky, it makes me smile. When Ricky comes to my house, the kids attack him to play. He does a great job with them. They say kids are a great judge of character, and from what I have seen they are correct.

Life gives you no set instructions, and I know he is responsible for his own actions, but hopefully you can understand by this letter that he really deserves a second chance at his life. I know he will put his past mistake behind him and move on with his future. I hope to see Ricky at my kid's events, maybe even teach my son how to play baseball with me. I know Ricky is truly sorry for the mistake he made, and will go on to have a great life if you give him a second chance. With his family behind him, he will do just fine.

Please let me know if there is anything else I can do to help him.

Sincerely,

Kevin W. Ingham

Natale Mannino
2316 W. Taylor St.
Chicago, IL 60612

March 6, 2006

To the Judge:

    I, Natale Mannino, write this character reference letter on behalf of Richard Gould ("Rick"). I have personally known Rick for 7 years now. I have witnessed his maturation from a boy into a man first hand. Rick and I have practically grown up together. It was through this growing up that I learned about Rick's character. I can say that he is a man who is aware of his wrong doings and sorry for them and if given the chance will remain a law abiding citizen. He is an educated, skilled, intelligent individual who has much to contribute to his family, friends and the community. Before this Rick has never got into any trouble. He has always been a person to avoid trouble.

    Being that Rick has in fact broken the law, due to what I feel was a bad influence, I feel that prison time will not help Rick in the least bit. I don't just state this due to our friendship but I truly believe this to be true. Taking away Rick's freedom now, at this point in his life, being that he is now attending college will literally destroy him. It is to my understanding that prison terms are laid down to those that either lead a criminal life style and or those that show that rehabilitation is needed. Placing Rick in such an environment with negative influences in this atmosphere will just teach him how to become a criminal. That is why I feel that it would be in Rick's best interest to stay out of jail. It is in the interest of the accused to serve a punishment that will not affect his educational path to success. Rick's character is of a dignified, trustworthy and respectable man. I ask that you do not change the direction of Rick's life based on a mistake.

Sincerely,

*Natale Mannino*

Natale Mannino