U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code TDS-CC | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I  At: Worcester, MA | ☒ CS- | | 6. File Title | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | ☐ ☐ ☐ ☐ | | 8. Date Prepared 11/14/2003 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI, and Peabody PD

10. Report Re: NN40 - Surveillance of Christopher ALVITI and  Acquisition of Exhibit 1

### SYNOPSIS

On November 13, 2003 the Tactical Diversion Squad in conjunction with FDA
Office of Criminal Investigation, and assisted by the New England Field
Division Mobile Enforcement Team initiated surveillance in the vicinity of
Christopher ALVITI's residence located at 1002 Broughton Drive, Beverly,
MA. The objective of the surveillance was to identify a possible source of
supply prior to the purchase of fifty OxyContin 80mg tablets from ALVITI.
The CS was successful in obtaining 53 OxyContin 80mg tablets for $2800.00
OAF from ALVITI.

### DETAILS

1. Reference is made to all previous Reports of Investigation this file
number and title relating to the investigation of David Bornstein et. al.

2. On November 13, 2003 the Tactical Diversion Squad in conjunction with
FDA Office of Criminal Investigation, and assisted by the New England
Field Division Mobile Enforcement Team initiated surveillance at about
3:00PM in the vicinity of Christopher ALVITI's residence located at 1002
Broughton Drive, Beverly, MA. The objective of the surveillance was to
identify a possible source of supply prior to the purchase of Exhibit 1.

3. CS-_____(CS) had contacted ALVITI on November 12, 2003 and had
arranged a meeting for about 5:00PM on November 13, 2003 at the Legal

| 11. Distribution: Division | 12. Signature (Agent)  Richard Sylvia, Jr. D/I | 13. Date 11/19/03 |
|---|---|---|
| District | 14. Approved (Name and Title)  Matthew Murphy  TDS Group Supervisor | 15. Date 11-19-03 |
| Other    ODO | | |

DEA Form    - 6
(Jul. 1996)
   RS
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000018

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** | | Page 1 of 2 |

| 1. Program Code<br>TDS-CC | 2. Cross ☒ CS ▆▆▆▆▆<br>File ☐<br>☐<br>☐<br>☐ | Related Files | 3. File No. ▆▆▆▆▆ | 4. G-DEP Identifier ▆▆▆▆▆ |
|---|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I<br>At: Worcester, MA | | | 6. File Title ▆▆▆▆▆ | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>12/04/2003 | |
| 9. Other Officers: NEFD TDS, MET, FDA/OCI, and Peabody PD | | | | |
| 10. Report Re: NN40 - Intro of Undercover to ALVITI at the Folly Hill Apartments, Beverly, MA and surveillance of ALVITI. | | | | |

## DETAILS

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al.

2. On December 3, 2003 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation, the New England Field Division Mobile Enforcement Team, and Peabody, PD Detectives initiated surveillance at about 5:00PM in the vicinity of The Folly Hill Apartments, located behind The Kings Grant Inn, Beverly, MA. CS-▆▆▆▆▆ had it's vehicle, a Mercedes, parked in the front parking area of the apartments. It should be noted that earlier surveillance observed ALVITI's vehicle, MA registration 7656 RT, parked at the Folly Hill Apartments, 15 Trask Ct. ALVITI had informed the CS in a prior conversation that he would be moving from 1002 Broughton Dr. Surveillance confirmed that ALVITI's vehicle was still parked at that location prior to the meet. The objective of the surveillance was to ascertain the movements of ALVITI prior to meeting with the UC/CS and to monitor the introduction of the undercover, S/A Dituillo to ALVITI.

3. The purpose of the meeting was to introduce the undercover to ALVITI and arrange a purchase of 100 OxyContin 80mg Tablets from ALVITI for $5000.00. Upon arrival at the Folly Hill Apartments at about 5:35PM the UC parked his vehicle next to the Mercedes and instructed the CS to

| 11. Distribution:<br>   Division NEFD CSC<br><br>   District<br><br>   Other   ODO | 12. Signature (Agent)<br>Richard Sylvia, Jr. D/I | 13. Date<br>12/4/2003 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Matthew Murphy<br>TDS Group Supervisor | 15. Date<br>12-4-03 |

DEA Form - 6
(Jul. 1996)
   RS
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000033

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code TDS-CC | 2. Cross File | Related Files | 3. File No. ▇▇▇▇▇▇ | 4. G-DEP Identifier ▇▇▇▇▇ |
|---|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I  At: Worcester, MA | ☒ CS ▇▇▇ ☐ ☐ ☐ ☐ | | 6. File Title ▇▇▇▇▇▇▇ | |
| 7. ☐ Closed  ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 12/10/2003 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI, MSP, and Peabody PD

10. Report Re: NN40 - Surveillance of ALVITI at the Folly Hill Apartments, Beverly, MA

## DETAILS

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al.

2. On December 9, 2003 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation, the New England Field Division Mobile Enforcement Team, Massachusetts State Police Essex CPAC, and Peabody, PD Detectives initiated surveillance at about 5:00PM in the vicinity of The Folly Hill Apartments,15 Trask Ct., located behind The Kings Grant Inn, Beverly, MA. This is believed to be the residence of Christopher ALVITI who recently moved. The objective of the surveillance was to ascertain the movements of ALVITI prior to meeting with the UC/CS and to purchase Exhibit 3, 100 OxyContin 80mg tablets from ALVITI by the undercover, S/A Dituillo.

3. On December 8, 2003 CS-▇▇▇▇▇ (CS) placed a telephone call to ALVITI to solidify the pre-arranged meeting place and time for the purchase of 100 OxyContin 80mg Tablets from ALVITI for $5000.00. No contact was made by the CS. Later that night the CS received a voice mail message from ALVITI confirming the meeting time and place on December 9, 2003. Upon arrival at the Folly Hill Apartments at about 5:25PM on December 9, 2003 the UC/CS placed a call to ALVITI to inform him that they were at the meet location. ALVITI's phone was unavailable to receive calls. Surveillance observed no activity at the location where ALVITI's vehicle was parked.

| 11. Distribution:  Division NEFD CSC  District  Other    ODO | 12. Signature (Agent) *Richard Sylvia* Richard Sylvia, Jr. D/I | 13. Date 12/10/03 |
|---|---|---|
| | 14. Approved (Name and Title) ▇▇▇▇▇▇ Murphy TDS Group Supervisor | 15. Date 12-10-03 |

DEA Form    - 6
(Jul. 1996)
       RS
1 - Prosecutor

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000038

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | | Page 1 of 3 |
|---|---|---|---|---|
| 1. Program Code<br>TDS-CC | 2. Cross<br>File | Related Files | 3. File No. ▓▓▓▓▓▓▓ | 4. G-DEP Identifier ▓▓▓▓▓ |
| 5. By: Richard Sylvia, Jr. D/I<br><br>   At: Worcester, MA | ☐<br>☐<br>☐<br>☐ | | 6. File Title ▓▓▓▓▓▓▓▓▓▓ al. | |
| 7. ☐ Closed ☐ Requested Action Completed<br>  ☐ Action Requested By: | ☐ | | 8. Date Prepared<br>12/18/2003 | |
| 9. Other Officers: NEFD TDS, MET, FDA/OCI, MSP Essex CPAC, and Peabody PD | | | | |
| 10. Report Re: NN40 - Surveillance of Christopher ALVITI and  Acquisition of Exhibit 3<br>            and Non-drug Exhibit 13 | | | | |

DETAILS

1.    Reference is made to all previous Reports of Investigation this file
number and title relating to the investigation of David Bornstein et. al.
Specific reference is made to the ROI by S/A Dituillo relating to the
purchase of Exhibit 3.

2.    On December 17, 2003 the Tactical Diversion Squad in conjunction with
FDA Office of Criminal Investigation, and the New England Field Division
Mobile Enforcement Team initiated surveillance at about 4:30PM in the
vicinity of Christopher ALVITI's residence located at Folly Hill
Apartments, 15 Trask Ct., Beverly, MA and Beverly Hospital located at 85
Herrick St., Beverly, MA. The objective of the surveillance was to
observe ALVITI's actions prior to a prearranged meeting for the purchase
of 100 OxyContin 80mg tablets from ALVITI.

3.    The Undercover (UC), S/A Dituillo had contacted ALVITI on December 16,
2003 and  arranged a meeting for about 4:30PM on December 17, 2003 at
Beverly Hospital. Beverly Hospital is located in close proximity to
ALVITI's residence. The purpose of this meeting was to purchase 100
OxyContin 80mg Tablets from ALVITI for $5500.00. The UC had called ALVITI
just prior to the meeting and ALVITI informed the UC that he had to go and
get a haircut and that he was running late.  ALVITI would be in the area

| 11. Distribution:<br>  Division<br><br>  District<br><br>  Other   ODO | 12. Signature (Agent)<br>   Richard Sylvia, Jr. D/I | 13. Date<br>12/19/03 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Matthew G. Murphy<br>TDS Group Supervisor | 15. Date<br>12-19-03 |

DEA Form    - 6
(Jul. 1996)
    RS
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000043