U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

| 1. Program Code<br>TDS-CC/DOI 101 | 2. Cross File / Related Files | 3. File No.<br>[redacted] | 4. G-DEP Identifier<br>[redacted] |
|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I<br>At: Worcester, MA | ☐ ☐ ☐ ☐ ☐ | 6. File Title<br>[redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>01/15/2004 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI, MSP Essex CPAC, and Peabody PD

10. Report Re: NN40 - Surveillance of Christopher ALVITI and Acquisition of Exhibits 4&5 and Non-drug Exhibits 17 & 18

DETAILS

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al. Specific reference is made to the ROI by S/A Dituillo relating to the purchase of Exhibits 4 and 5.

2. On January 13, 2004 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation, the New England Field Division Mobile Enforcement Team, and Peabody PD Detective Unit initiated surveillance at about 5:00PM in the vicinity of Christopher ALVITI's residence located at Folly Hill Apartments, 5 Trask Ct. #24, Beverly, MA and Beverly Hospital located at 85 Herrick St., Beverly, MA. The objective of the surveillance was to observe ALVITI's actions prior to a prearranged meeting for the purchase of 200 OxyContin 80mg tablets from ALVITI.

3. The Undercover (UC), S/A Dituillo had contacted ALVITI on January 12, 2004 and arranged a meeting for about 5:30PM on January 13, 2004 at Beverly Hospital. The purpose of this meeting was to purchase 200 OxyContin 80mg Tablets from ALVITI for $10,400.00. A second Undercover(UC 2), S/A Genese, would be in the UC vehicle for safety and security. The UC called ALVITI just prior to the meeting and left a voice mail message informing ALVITI that the UC was in the Beverly Hospital area. At about 6:14PM ALVITI called the UC and informed him that the deal would be split into two transactions of 100 tablets each. The UC told ALVITI that he

| 11. Distribution:<br>Division<br>District<br>Other ODO | 12. Signature (Agent)<br>Richard Sylvia, Jr. D/I | 13. Date<br>1/22/04 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Matthew F. Murphy<br>TDS Group Supervisor | 15. Date<br>1-26-04 |

DEA Form - 6
(Jul. 1996)
RS
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000050

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION



| 1. Program Code TDS-CC/DOI 101 | 2. Cross File | Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
|---|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I At: Worcester, MA | ☐ ☐ ☐ ☐ ☐ | | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 01/22/2004 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI,

10. Report Re: NN40 - Surveillance of Christopher ALVITI

**DETAILS**

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al.

2. On January 21, 2004 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation initiated surveillance at about 4:30PM in the vicinity of Christopher ALVITI's residence located at Folly Hill Apartments, 5 Trask Ct. #24, Beverly, MA. The objective of the surveillance was to observe ALVITI's movements and identify other possible associates.

3. At about 4:40PM surveillance (S/A Roberto, TFO Nelson) observed a white Taurus station wagon Massachusetts registration 964GSF arrive in front of ALVITI's residence and one white unknown male exited the vehicle and walked into the residence. At about 4:42PM surveillance (S/A Roberto, TFO Nelson, and S/A Lombardo) observed a black BMW Massachusetts 28YS39, operated by ALVITI and one unknown passenger arrive and park in front of the residence. ALVITI and the unknown male exited the vehicle and appeared to inspecting the front or under the BMW. At about 4:46PM the unknown male and ALVITI enter the residence.

4. At about 4:52PM a white Cadillac was observed by S/A Roberto pulling into the parking lot area in front of ALVITI's residence. The Cadillac pulled all into the far end of the lot and then turned around and parked adjacent to ALVIT's BMW. The unknown male passenger of ALVIT's and the

| 11. Distribution: Division / District / Other ODO | 12. Signature (Agent) Richard Sylvia, Jr. D/I [signature] | 13. Date 1/22/04 |
|---|---|---|
| | 14. Approved (Name and Title) Matthew C. Murphy TDS Group Supervisor [signature] | 15. Date 1/22/04 |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

RS
1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.



Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| 1. Program Code TDS-CC/DOI-101 | 2. Cross File / Related Files ☐ ☐ ☐ ☐ ☐ | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
| 5. By: Richard Sylvia, Jr. D/I At: Worcester, MA | | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | 8. Date Prepared 02/05/2004 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI, MSP Essex CPAC, and Peabody PD

10. Report Re: NN40 - Surveillance of Christopher ALVITI and Acquisition of Exhibit 6 and Non-drug Exhibit 20

**DETAILS**

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al. Specific reference is made to the ROI by S/A Dituillo relating to the purchase of Exhibit 6.

2. On February 4, 2004 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation, the New England Field Division Mobile Enforcement Team, Essex CPAC, and the Peabody PD Detective unit initiated surveillance at about 5:00PM in the vicinity of Christopher ALVITI's residence located at Folly Hill Apartments, 5 Trask Ct.#24, Beverly, MA and Beverly Hospital located at 85 Herrick St., Beverly, MA. The objective of the surveillance was to observe ALVITI's actions prior to a prearranged meeting for the purchase of 100 OxyContin 80mg tablets from ALVITI. Surveillance observed ALVITI leaving his residence at about 5:05PM in a Black BMW, MA registration 28YS39. ALVITI proceeded to Route 128 and left the area at an extreme high rate of speed.

3. The Undercover (UC), S/A Dituillo contacted ALVITI just prior to the prearranged meeting and informed ALVITI that he would meet with ALVITI at Beverly Hospital at about 6:30PM. The purpose of this meeting was to purchase 100 OxyContin 80mg Tablets from ALVITI for $5200.00. ALVITI

| | | |
|---|---|---|
| 11. Distribution: Division<br>District<br>Other ODO | 12. Signature (Agent) Richard Sylvia, Jr. D/I | 13. Date 2/5/04 |
| | 14. Approved (Name and Title) Mathew C. Murphy TDS Group Supervisor | 15. Date 2-10-04 |

DEA Form -6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

RS
1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

| 1. Program Code TDS-CC/DOI 101 | 2. Cross File | Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
|---|---|---|---|---|
| 5. By: Richard Sylvia, Jr. D/I At: Worcester, MA | ☐ ☐ ☐ ☐ ☐ | | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed ☐ Action Requested By: | | | 8. Date Prepared 02/12/2004 | |

9. Other Officers: NEFD TDS, MET, FDA/OCI,

10. Report Re: NN40 - Surveillance of Christopher ALVITI

DETAILS

1. Reference is made to all previous Reports of Investigation this file number and title relating to the investigation of David Bornstein et. al.

2. On February 11, 2004 the Tactical Diversion Squad in conjunction with FDA Office of Criminal Investigation and the New England Field Division Mobile Enforcement Team initiated surveillance at about 4:30PM in the vicinity of Christopher ALVITI's residence located at Folly Hill Apartments, 5 Trask Ct. #24, Beverly, MA. The objective of the surveillance was to observe ALVITI's movements and identify other possible associates. ALVITI's vehicle was parked in the lot in front of 25 Trask Ct.

3. At about 5:30PM S/A Lombardo and TFO Tetrault observed no movement of ALVITI's vehicle and no other significant activity. At about 6:05PM S/A Lombardo and TFO Tetrault observed a Ford 150 Pick-up truck, MA registration 6032PE parked in front of 5 Trask Ct. with an unknown male in the drivers seat of the vehicle. S/A Lombardo and TFO Tetrault observed an unknown hooded male come out of 5 Trask Ct. and approach the pick-up. The hooded male opened the passenger door of the truck and appeared to have a 1-2 minute conversation with the driver, a white male, who TFO Tetrault estimated to be in his early twenties. S/A Lombardo and TFO Tetrault observed the hooded male walk back towards 5 Trask Ct. and at about 6:10PM the Pick-up truck departed the area.

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | [signature] Richard Sylvia, Jr. D/I | 2/12/04 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other ODO | Matthew W. Murphy [signature] TDS Group Supervisor | 2-12-04 |

DEA Form - 6
(Jul. 1996)
RS
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

0000000062

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code<br>TDSD-CC | 2. Cross File ☐ | Related Files | 3. File No. ▓▓▓ | 4. G-DEP Identifier ▓▓▓ |
|---|---|---|---|---|
| 5. By: SA Paul Karamourtopoulos<br>At: Boston, Ma | ☐<br>☐<br>☐ | | 6. File Title ▓▓▓ | |
| 7. ☐ Closed   ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>06/08/04 | |

9. Other Officers: G/S Murphy, FDA S/A 's Lombardo, Mangiacotti. PPD Sgt. Wlasuk, Det. Richards, CADTF Det. Marr, Trp. Peachy

10. Report Re: Surveillence of the purchase of Exhibit 8 from Chris ALVITI on 6/2/04 in Peabody, Ma

## DETAILS

1. Reference is directed to all Reports of Investigation (ROI) written to this case file, special attention is directed to a ROI by S/A Dave DiTullio regarding the undercover purchase of Exhibit 8 from Chris ALVITI on 6/2/04 in Beverly, Ma.

2. On June 2, 2004 plans were formulated to conduct surveillance of Chris ALVITI. Subsequently plans were formulated to also conduct surveillance of an undercover purchase of 200 Oxycontin tablets from ALVITI.

3. Surveillance units established surveillance in the area of ALVITI's apartment located at 5 Trask Court, Apt. 24, Beverly, Ma. At approximately 2:30pm Sgt. Scott Wlasuk observed a W/M, subsequently identified as Michael SIEWKO arrive in the parking lot for 5 Trask Court, and exit a 2000 Honda Accord. The Honda, Ma. Registration 7167PC, is registered to Marie SIEWKO, 22 Reo Rd., Peabody, Ma. SIEWKO was observed walking toward 5 Trask Ct carrying a black bag.

4. At approximately 3:20pm Sgt. Wlasuk observed ALVITI and SIEWKO exit the apartment complex and get into the Honda. Surveillance units followed the Honda to the Revere Tanning Salon, located at 180 Endicott Street, Danvers, Ma. At approximately 3:35pm S/A Paul Karamourtopoulos observed ALVITI and SIEWKO enter the tanning salon.

| 11. Distribution:<br>Division<br>District<br>Other   SARI | 12. Signature (Agent)<br>S/A ▓▓▓ ...oulos<br>14. Approved (Name and Title)<br>Richard Guezard<br>Group Supervisor | 13. Date<br>6-8-04<br>15. Date<br>6-8-04 |
|---|---|---|

DEA Form - 6
(Jul. 1996)
  pdk
1 - Prosecutor

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

0000000125