```
 1
 2                  *  *  *  *  *  *  *  *  *  *
 3              THE COURT:  Much of what Mr. Lopez has said by way
 4    of his justification for the sentence he proposes, the
 5    four-year sentence, relates to Mr. Gould's future.  And
 6    Mr. Lopez writes to me in his memorandum that Mr. Gould's first
 7    offender status makes it likely that his rate of recidivism is
 8    very low.  And then Mr. Lopez adds:  "Other factors such as his
 9    age at time of sentencing, race, educational attainment,
10    sustained employment during the year prior to his sentencing,
11    his compliance with conditions of pretrial release, and his
12    abstinence from elicit drugs during the year prior to his
13    incarceration further demonstrate that a long prison sentence
14    is unnecessary to serve the purposes of sentencing in this
15    case."
16              Much of what's in this representation to me is
17    about the fact that Mr. Gould is law abiding.  I don't think
18    you get credit for law abiding, that's what everybody is
19    supposed to do, abide by the law.  The fact that he didn't use
20    any elicit drugs, the fact that he complies with his pretrial
21    release, that's what he's supposed to do.  You don't get extra
22    credit for doing what you're supposed to do.  Educational
23    attainment is something I would like to think about.  Sustained
24    employment, something I think about.  I don't know what
25    Mr. Lopez means about race, but he adds that is a factor I
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    should consider in determining recidivism and, thus, the
 2    sentence.  The guidelines, if I apply the guidelines,
 3    specifically prohibit my consideration of race.  And even if I
 4    don't apply the guidelines, I would not give any consideration
 5    of race, one way or the other.
 6              What I have considered, what I do consider is the
 7    balance that the sentence imposed is supposed to draw.  The
 8    balance is:  On the positive side, Mr. Gould is a young man,
 9    who has -- who has a history of some educational attainment.
10    He has shown some positive efforts to make something of himself
11    that does not involve involvement in anti-social behavior.
12    Going back to school and working are all positives, which I
13    take into account.
14              On the negative side of the chart, however, is:  He
15    was engaged in the sale of what has become a very dangerous
16    drug, a very popular drug, oxycontin.  People break into
17    pharmacies and use violence to obtain this drug.  And we're
18    talking about very large quantities.  The quantity I have used
19    is 7,000 pills.  I use that because I think it's reasonable to
20    use it.  I also think that there's every reason to believe that
21    Mr. Gould was involved in substantially larger quantity.  I do
22    not believe that Mr. Alviti was his only customer, and I do not
23    believe that the 7,000 that I have found that's reasonable in
24    the evidence in this case is all that might have been found had
25    there been more reliable evidence.  But I think the message
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    needs to go out to Mr. Gould and to everybody who deals in
 2    oxycontin that the courts take it seriously.  Congress contends
 3    that I take this crime seriously.
 4              You know that whole equation for dealing with crack
 5    cocaine.  I have real problems with that 100-to-1 ratio, but
 6    that ratio was developed because the Congress decided that
 7    crack was dangerous; it's cheaper than powder; it's more
 8    prevalent than powder; it's associated with gangs; and so they
 9    made what, I think, is essentially an unfair assessment of how
10    crack cocaine should be treated.
11              Particularly, do I think that that is unfair in
12    light of the virulent effect that oxycontin has had on
13    society.  It's growing in its use, it's easily transportable in
14    pill form, it's dangerous.  And I agree with Mr. Tobin that it
15    seems to be a gateway to heroin.  I can't demonstrate that, but
16    it does seem to be.
17              I don't intend to punish Mr. Gould as if he were
18    dealing crack cocaine, but I do want everybody to understand
19    that I understand that dealing in oxycontin is serious
20    business.  And I want to send a signal to the world that I will
21    treat it seriously and that the courts generally will treat it
22    seriously.
23              Do I need 15 years, 15.6 years to make that
24    statement?  I don't think so.  Because of his educational
25    attainment and the possibilities that exist and I recognize in
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   Mr. Gould, I don't think he needs 15 years as punishment for
 2   this crime, as dangerous as it is.  But I'm not persuaded, I am
 3   not persuaded by any means about the risk of recidivism in the
 4   way you say, Mr. Lopez.  He's a young man.  The statistics
 5   are: the older you are, the less likely you are to recidivate.
 6   And I can't trust that I have a person who is not going to be a
 7   recidivist if that person comes into court and misrepresents
 8   the facts to me in a proceeding when I have to determine
 9   whether the evidence against him has been properly obtained.  I
10   can't believe that there isn't a problem about recidivism and
11   about his future, about the future of a person who does that.
12           But, as I said before, I don't believe I need 15.6
13   years to make this point.  I think the punishment that's
14   necessary can be achieved in less time.
15           The signal about deterrence can be -- both to
16   Mr. Gould and for the community generally, that point can be
17   made in less time than 15.6 years.
18           I think Mr. Gould needs some treatment for his use
19   of steroids, and I want to give him that opportunity.  I want
20   to give him an opportunity to learn some things while he is
21   confined, but it does seem to me, as Mr. Tobin says, that this
22   had been a commercial activity, purely a commercial activity,
23   not an activity -- the sale of oxycontin, it was not driven by
24   necessity of any kind.
25           Mr. Gould might have gotten a break if he had told
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    the officers at the time or Mr. Tobin at sometime all he knew
 2    about this activity, and that would include the people who gave
 3    him the drugs.  Now, I know that's dangerous.  I know that's
 4    dangerous to do, because people who give that kind of
 5    information mark themselves.  But I have people that do that
 6    all the time.  Just earlier this week or late last week I
 7    sentenced a woman who testified freely and openly in this
 8    courtroom against the Colombian cartel.  And she testified,
 9    even though she knew her family was at risk, even though on the
10    day she completed her testimony one member of her family was
11    killed on a bus in Bogota.  But she testified, and she worked
12    with the government, because she wanted the advantages that
13    Mr. Gould did not seek in this case: the application of the
14    safety valve.  And she gave a great deal of information,
15    information that allowed the government to go down to Colombia
16    and extradite these two men from Colombia.
17              So I say all this by way of saying it is possible
18    for Mr. Gould to help himself and to show me that he has a
19    sense of the wrong that has been done and the notion that he
20    wishes to correct that wrong.
21              Now, most of what I've said really is on the
22    negative side.  But in my balancing, I still retain the view
23    that I don't think any of this requires a 15.6-year sentence.
24    The sentences under the guidelines are very long, and Congress
25    intended it to be long.  But my sense of what is fair, what
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1    this community needs, doesn't dictate that a sentence of that
 2    kind is necessary to accomplish the goals of sentencing.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PDF created with pdfFactory trial version www.pdffactory.com